[No. 1793-1.   Division One.   January 28, 1974.]

STANLEY A. TAYLOR et al., *Appellants*, v. EVERETT PLYWOOD CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 105291, Daniel T. Kershner, J., entered June 7, 1972. *Reversed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Callow, J.

[No. 719-3.   Division Three.   February 1, 1974.]

KENNETH L. BODEN et al., *Respondents*, v. PETER E. GIFFORD et al., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 204846, George T. Shields, J., entered June 28, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 813-3.   Division Three.   February 1, 1974.]

JUDITH M. GAROFALO, *Respondent*, v. GEORGE M. GAROFALO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 208359, Del Cary Smith, Jr., J., entered January 26, 1973. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.